UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 8, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAIAH SALGADO,

    Defendant.

Case No. 2:20-MJ-00154-DB-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ISAIAH SALGADO , Case No. 2:20-MJ-00154-DB-3  Charge 26 USC § 5861 (d), from custody for the following reasons: for the following reasons:

    X    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other): _____ .

Issued at Sacramento, California on October 8, 2020 at 2:35 p.m.

Dated: October 8, 2020

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE